1    **UNITED STATES DISTRICT COURT**

2    **EASTERN DISTRICT OF CALIFORNIA**

3

4    JONATHAN PATELLA,                    **No. 1:19-cv-00713-DAD-SKO (PC)**

5                    Plaintiff,

6          v.                             **ORDER ON PLAINTIFF'S MOTION TO AMEND**

7    GRIFFITH,                            **(Doc. 9)**

8                    Defendant.

9

10

11         Plaintiff, Jonathan Patella, is a state prisoner proceeding *pro se* and *in forma pauperis* in

12   this civil rights action pursuant to 42 U.S.C. § 1983.  On June 3, 2019, plaintiff filed a motion

13   seeking leave to file an amended complaint along with a first amended complaint.  (Docs. 8, 9.)

14         Plaintiff may amend once as a matter of right before service of a responsive pleading by

15   defendants. Fed. R. Civ. P. 15(a).  Because plaintiff has not previously amended his complaint

16   and defendants have not filed a responsive pleading, plaintiff may file an amended complaint

17   without permission from the Court.  Plaintiff is informed that he must file a new pleading as an

18   amended complaint supercedes the original complaint, *Lacey v. Maricopa County*, Nos. 09-

19   15806, 09-15703, 2012 WL 3711591, at *1 n.1 (9th Cir. Aug. 29, 2012) (en banc), and the

20   amended complaint must be "complete in itself without reference to the prior or superceded

21   pleading," Local Rule 220.

22         Accordingly, plaintiff's motion is HEREBY disregarded as unnecessary and the First

23   Amended Complaint shall be placed in line for screening.

24

25   IT IS SO ORDERED.

26   Dated:  __June 4, 2019__                    _____ /s/ *Sheila K. Oberto* _____

27                                          UNITED STATES MAGISTRATE JUDGE

28

                                        1