UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN PATELLA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. GRIFFITH; S. HTAY,<br><br>　　　　Defendants. | Case No. 1:19-cv-00713-DAD-SKO (PC)<br><br>**ORDER SETTING SETTLEMENT CONFERENCE**<br><br>Date:　October 29, 2020<br>Time:　10:30 a.m. |

On April 9, 2020, the Court directed the parties to file a notice indicating whether they agree to participate in an early settlement conference. (Doc. 21.) The parties filed notices that they agree to do so. (Docs. 22, 26.)

Consideration of settlement is a serious matter that requires thorough preparation prior to the settlement conference. Accordingly, the Court ORDERS:

1. This matter is set for a settlement conference before the undersigned on **October 29, 2020, at 10:30 a.m.**

2. At least one month prior to the conference, the Court will notify the parties of whether the conference will take place in person or via Zoom videoconferencing. Defense counsel shall arrange for Plaintiff's participation in the conference. The Court will issue a writ of *habeas corpus ad testificandum* for Plaintiff, as appropriate.

///

3. Each party or a representative with full authority to negotiate and enter into a binding settlement agreement shall participate in the conference.
4. Participants in the conference must be prepared to discuss the claims, defenses, and damages. The failure of any counsel, party, or authorized person subject to this order to participate in the conference may result in the imposition of sanctions.
5. The parties shall engage in informal settlement negotiations. **No later than August 28, 2020**, Plaintiff shall submit to Defendants, by mail, a written itemization of his damages and a meaningful settlement demand, including a brief explanation of why such settlement is appropriate, which should not exceed 5 pages. **No later than September 18, 2020**, Defendants shall respond, by mail or telephone, with an acceptance of Plaintiff's offer or a meaningful counteroffer, including a brief explanation of why such settlement is appropriate. If settlement is achieved, the parties shall file a Notice of Settlement as required by Local Rule 160.
6. If settlement is not achieved informally, the parties shall submit confidential settlement conference statements **no later than October 15, 2020**. Once a party has submitted the statement, he or she shall file a "Notice of Submission of Confidential Settlement Conference Statement" with the court. The confidential settlement conference statements themselves **should not be filed** with the court **nor served** on the opposing party. Defendants shall email their statement to skoorders@caed.uscourts.gov. Plaintiff shall mail his statement, clearly captioned "Confidential Settlement Conference Statement," to United States District Court, Attn: Magistrate Judge Sheila K. Oberto, 2500 Tulare Street, Room 1501, Fresno, CA 93721.
7. The confidential settlement conference statements should be no longer than 5 pages in length, typed or neatly printed, and include:
    a. A brief summary of the facts of the case;
    b. A brief summary of the claims and defenses of the case, i.e., the statutory, constitutional, or other grounds upon which the claims are founded;

  c. A forthright discussion of the strengths and weakness of the case and an evaluation of the likelihood of prevailing on the claims or defenses, from the party's perspective, and a description of the major issues in dispute;

  d. An estimate of the party's expected costs and time to be expended for further discovery, pretrial matters, and trial;

  e. A summary of past settlement discussions, including the initial settlement negotiations required above; a statement of the party's current position on settlement, including the amount the party would offer and accept to settle (in specific dollar amounts); and a statement of the party's expectations for settlement discussions;

  f. A list of the individuals who will be attending the conference on the party's behalf, including names and, if appropriate, titles; and,

  g. If a party intends to discuss the settlement of any other actions or claims not raised in this suit, a brief description of each action or claim, including case number(s), as applicable.

IT IS SO ORDERED.

Dated:  **June 17, 2020**      /s/ *Sheila K. Oberto*
                UNITED STATES MAGISTRATE JUDGE