UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN PATELLA,<br><br>           Plaintiff,<br><br>v.<br><br>E. GRIFFITH, S. HTAY,<br><br>           Defendants. | Case No. 1:19-cv-00713-DAD-SKO  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR REMOTE APPEARANCE OF JONATHAN PATELLA, CDCR NO. BG7465<br><br>DATE: OCTOBER 29, 2020<br>TIME:  1:00 P.M. |

      Jonathan Patella, CDCR # BG7465, the plaintiff in this case and a necessary participant in court proceedings on OCTOBER 29, 2020, is confined at Substance Abuse Treatment Facility and State Prison in Corcoran, California, in the custody of the warden. To secure the inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian of the prison to produce the inmate for a <u>remote appearance</u> before Magistrate Judge Erica P. Grosjean, U.S. District Court, Eastern District of California, on OCTOBER 29, 2020, at 1:00 P.M.

### ACCORDINGLY, THE COURT ORDERS:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the warden to produce the inmate named above to participate <u>remotely</u> in court proceedings before Magistrate Judge Erica P. Grosjean on the date and time above, until completion of the proceedings or as ordered by the court.

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of Substance Abuse Treatment Facility and State Prison**

      **WE COMMAND** you to produce the inmate named above to testify remotely before Magistrate Judge Erica P. Grosjean on the date and time above, according to the instructions provided by the court to defendants' counsel, until completion of the proceedings or as ordered by the court.

      **FURTHER**, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **October 7, 2020**                  /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE